Pu

# United States District Court

District of Utah

NATASHA CANNON,

    Plaintiff

v.

KILOLO KIJAKAZI,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-241

Magistrate Judge Dustin B. Pead

IT IS ORDERED AND ADJUDGED

that final judgment is entered in Plaintiff Natasha Cannon's favor in accordance with Federal Rule of Civil Procedure 58 and consistent with *Shalala v. Schaefer,* 509 U.S. 292. 296-302 (1993).

The Clerk's Office is directed to close this action.

November 29, 2021

*Date*

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge